**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 26, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-01037-CV

## SCOTT MITCHELL, AUGIE NEFF, RICHARD CANNON AND MAJESTIC STEEL USA, INC., Appellants

### V.

## NEW PROCESS STEEL, L.P., Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-67595**

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed November 9, 2018. On March 13, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.